In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-11-00602-CV
_____

IN RE COMMITMENT OF JAMES A. RUBIO

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 11-04-04400 CV

**MEMORANDUM OPINION**

The State filed a motion to dismiss James A. Rubio's appeal of a civil commitment that the trial court ordered after a jury found him to be a sexually violent predator. *See* Tex. Health & Safety Code Ann. § 841.001-.151 (West 2010 & Supp. 2012) (SVP statute). The SVP commitment order was not stayed pending appeal. *See* Tex. Health & Safety Code Ann. § 841.081(a) (West 2010). The State alleged that on October 1, 2012, Rubio violated the terms of the SVP order by leaving his court-ordered residence without prior written authorization from the trial court, and that Rubio did not voluntarily return to his residence.

1

On December 6, 2012, we ordered that the appeal would be dismissed with prejudice unless, within ten days, Rubio complied with the trial court's SVP commitment order by returning to the Travis County Residential Center or by surrendering himself to an officer with the power to execute the warrant for his arrest. On January 14, 2013, the State notified the Court that on January 7, 2013, Rubio was apprehended without having voluntarily surrendered. On January 31, 2013, Rubio filed a motion to retain the appeal and reinstate the briefing schedule. He contends that he is no longer a flight risk.

Rubio failed to demonstrate that he complied with the trial court's order within the time specified in this Court's order of December 6, 2012. Rubio failed to comply with a court order. *See* Tex. R. App. P. 42.3(c). We provided an opportunity to explain why the appeal should not be dismissed, but Rubio failed to establish good cause for retaining the appeal. The appeal is dismissed with prejudice.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered February 14, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.